TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DYANCARLOS AMOROS OVIEDO,<br><br>Petitioners,<br><br>v.<br><br>JOHN MATTOS, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01741-GMN-MDC<br><br>**Substitution of Attorney** |

Federal Respondents hereby substitute Special Assistant United States Attorney Martin J. Mayer, 501 Las Vegas Blvd. So., Suite 1100, Las Vegas, Nevada 89101, Phone: (702) 388-6336, as attorney of record in place and instead of Tamer B. Botros.

Respectfully submitted this 26th day of October 2026.

| | |
|---|---|
| TODD BLANCHE<br>Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney<br><br>*/s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorney | TODD BLANCHE<br>Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney<br><br>*/s/ Martin J. Mayer*<br>MARTIN J. MAYER<br>Special Assistant United States Attorney |

APPROVED:

DATED: 11/9/26

UNITED STATES DISTRICT JUDGE